UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES R. MILLER, professionally known as
BOBBY MILLER,

                          Plaintiff,

- against -

THE ROBERT MAPPLETHORPE
FOUNDATION, INC.; SEAN KELLY, INC.
d/b/a SEAN KELLY GALLERY; SKARSTEDT
GALLERY, LTD.; SOLOMON R.
GUGGENHEIM FOUNDATION; and
WHITNEY MUSEUM OF AMERICAN ART,

                          Defendants.

16-CV-2510

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(i)**

---

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the within action, without prejudice.

Dated: April 22, 2016

                                              EDWARD F. WESTFIELD, P.C.
                                              Attorney for Plaintiff
                                              By: _____
                                                   Edward F. Westfield (EW2030)
                                             6218 Riverdale Avenue
                                             Riverdale, New York 10471
                                             (718) 601-1100
                                             efw@efwpc.com